ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: September 23, 2010
START: 11:30 AM
END: 11:35 am

DOCKET NO: 10-CV-2427 (KAM)

CASE: Dunn v. City of NY, et al.

✓ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Robert Marinelli

FOR DEFENDANT: Steven Auletta

FACT DISCOVERY TO BE COMPLETED BY 3/23/11
✓ NEXT ~~settlement~~ CONFERENCE SCHEDULED FOR 12/1/10 @ 10:00 a.m.
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Automatic disclosure shall be completed by 9/30/10. Pleadings may be amended and new parties added until 10/25/10. On consent, the individual defendants shall respond to the complaint by 10/14/10.